IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERESA GAIL HIGGINBOTHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SODEXO, INC., )<br>SDH SERVICES WEST, LLC, )<br>LEWIS-GALE HOSPITAL, INC., and )<br>LEWIS-GALE MEDICAL CENTER, LLC, )<br>)<br>Defendants. ) | Case No. 7:23cv00065-MFU |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree to dismissal of all claims and disputes in the above-captioned action with prejudice. Each party shall bear its own fees and costs.

WHEREFORE, the Parties request that the Court enter the accompanying Order dismissing this case with prejudice.

Respectfully submitted,

/s/ Harrison E. Richards
Catherine J. Jackson (VSB No. 78610)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tele: (540) 983-9300
Fax: (540) 983-9400
huff@gentrylocke.com
hrichards@gentrylocke.com

*Counsel for Defendants*

16041/4/11694617v1

/s/ L. Leigh Rhoads
L. Leigh Rhoads, Esq. (VSB # 73355)
Thomas E. Strelka, Esq. (VSB # 75488)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB # 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: 540-283-0802
thomas@strelkalaw.com
brittany@strelkalaw.com
leigh@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which provides an electronic copy to all counsel for Plaintiff.

/s/ Harrison E. Richards
*Counsel for Defendants*